

CRAIG THOR KIMMEL +-^
ROBERT M. SILVERMAN +*-

AMY L. BENNECOFF GINSBURG +*#µ¢
W. CHRISTOPHER COMPONOVO x#
CHAD P. DOMAN +
RYAN FITZGERALD +
JASON L. GRESHES +*-
SHANNON R. HARKINS +*
JACQUELINE C. HERRITT +*#·°◆♦
JOSEPH C. HOEFFEL *
RACHEL M. MALL +*
ROBERT A. RAPKIN +
RACHEL R. STEVENS +*¢
ANGELA K. TROCCOLI #±

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♦ *Member, OH Bar*
§ *Member, MI Bar*
¤ *Member, NH Bar*
± *Member, CT Bar*
× *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
¢ *Member, CA Bar*
° *Member, WI Bar*
£ *Member, WV Bar*
‼ *Member, FL Bar*
∩ *Member, IL Bar*

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA**, 100 Ross Street, Suite 330, Pittsburgh, PA 15219, (412) 566-1001

**Please reply to CORPORATE HEADQUARTERS**

April 16, 2018

<u>Via ECF</u>
HONORABLE C. DARNELL JONES, II

    **Re:**    **Case Name:**   **LEWIS v. UNITED AUTO CREDIT CORPORATION**
          **Case Number:**   **2:17-cv-01984-GEKP**

To Whom It May Concern:

    Please find this letter as notice that the parties have amicably resolved this matter. Kindly accept this letter as a formal request for this Honorable Court to enter an order, pursuant to Local Rule 41.1(b).

                Respectfully submitted,

                <u>/s/ Richard J. Albanese</u>
                Richard J. Albanese, Esq.
                Kimmel & Silverman, P.C.
                Attorney for Plaintiffs,
                Lamar Lewis